IN THE UNITED STATES DISTRICT COURT
EASTRN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 2 2 2023

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

James P. Lancaster

verses          Case No: 4:23-cv-469-KGB

Golf Management Operating LLC
(Chenal Country Club)          This case assigned to District Judge Baker
Potlatch Deltic                and to Magistrate Judge Ray

Motion for Summary Judgment for Discrimination against the Paying Members of Chenal Country Club & the licensed HVACR Professional that was discriminatory hired and fired to remove unsanitary hazardous materials from the kitchen and machines, which was not advertised in Chenal's discriminatory recruitment Ad. Which is violative of 40 C.F.R. 141 governing drinking water purity. Ice Itself falls under machine cleaning is governed by food law 2009 Chapter 4 part 602.11 section (e) item (4a and b). Violations governed by Chapter 4 part 702.11 "failure to sanitize or use proper chemicals." Plaintiff ask the Court to impose the $ 100,000 dollar fine to the Defendants for attempting to conceal their willful neglect to properly follow 40 C.F.R. 141.

The enforcement of Labor laws only works when workers who speak out for themselves and their fellow workers and not

fear or suffer from retaliation," said solicitor of Labor Seema Nanda. This is a case where my HVACR license requires me to speak out about dangers to the paying members of Chenal Country Club without their knowledge. Chenal Country Club violated Section 8 (f) (1) of the Williams-Steiger Occupational Safety and Health Act, 29 U.S.C. 651 against their members and the plaintiff.

If the EEOC did not coordinate their efforts to investigate my charge (7th circuit) the complainant (Plaintiff) should not be made to be the innocent victim of a dereliction of statutory duty on the part of the commission.

The National Labor Relations Board sent a Letter and a charge against employer Case number 15-CA-315486 for on or about March 7th 2023 the employer discriminated against James P. Lancaster by discharging him due to his "Protected Concerted Activities." Charge form For NLRB was signed and dated 4-4-2023. I spoke to a NLRB Investigator Andrew Miragiotta on 4-5-2023 at 1:23 P.M. I was left with understanding he would attempt to put me in touch with an OSHA representative that would in fact investigate? Andrew stated he would get back to me within 10  days that never occurred? I sent a certified letter to 700 W. Capitol # 4429.

National Labor Relations Board General Counsel Jennifer Abruzzo states: "All too often, workers face adverse action for speaking out about their pay, health and safety issues, discrimination, or other working conditions. Jennifer Abruzzo also states: "the collaboration among federal labor enforcement

agencies will form a bulwark against unlawful retaliation?"
I received this below response from
michele.tyler@potlatchdeltic.com

**Incident Type: Compliance & Ethics**
**Location: 10 Chenal club blvd. Little Rock**
**Arkansas**

-------------------------------------------------------------
----------------------------------

**Message:**

Thank you for your report and the pictures and texts
you have provided. We are taking your report
seriously. We have reported the matter to Century
Golf, the entity that manages the golf club and which
was your employer, and are taking appropriate action.
We note, however, that you have informed us that you
are trying to resolve this matter with the EEOC. In
light of your referral of the matter to the EEOC, we do
not think it would be appropriate to request additional
information from you at this time.

The only thing that mattered was to ensure your paying
members were not subjected to mold in their ice and were not
in violation of  Code of Federal Regulations 40 C.F.R. 141
"specified by the manufacture." The condition of Chenal's Ice
Machines was grim. Willful neglect based on the condition and
failing to use or adhere to proper manufacturers specifications

under Rodney Walters watch; See Chenal Ice Machine and hazardous machine Photos. If they needed a H.V.A.C.R. professional to perform Mold Abatement, they should have stated that fact in their recruitment AD, so that that HVACR professional can decide if he wants to accept that position. All their ice machines were scaled, molded, lime deposited showing signs of long-term neglect. The is no telling how long their members were subjected to unsanitary ice. See pictures.

Defendants conduct and employment practices from the time I was hired, to the time I was fired, was discriminatory. willful, intentional, unreasonable, arbitrary, and in bad faith.

By reason of the unlawful discriminatory acts alleged herein, Defendants are liable to Plaintiff and the proposed class for monetary damages, liquidated damages, cost.

Prayer for Relief

1. Wherefore this Complaint Discriminatory & Predatory Labor & Hiring under False Pretenses, then Firing under Discriminatory Practices in order to conceal overdue neglected health and safety hazardous unsanitary conditions that existed before I was hired at the Chenal Club. ; 29 U.S.C. & 660 (c) cause having been shown Plaintiff prays for a Judgement against Defendant as follows:

(2.) For All Appropriate relief as follows:

a.  Payment to James P. Lancaster for lost wages and benefits including interest therein

b. For an Order directing Defendant to expunge any adverse references from James P. Lancaster's personnel record.

C. For an Summary Judgement Order granting such other and further relief as may be necessary and appropriate in this action.

Respectfully Submitted, James P Lancaster

# Wrongful Termination in Arkansas

While the at-will employment doctrine does give employers a wide range of discretion in hiring and firing employees, it does not give them free reign to terminate an employee in every situation. There are exceptions to the rule under both state and federal law. Employees may not be fired for discriminatory purposes and cannot be fired in retaliation for asserting their legal rights. Employers who violate the law or who violate the terms of an employment agreement may be required to reinstate the employee, in addition to paying back wages, future wages, possible damages and attorney fees.

**Requirements**

An affidavit must:
- Be on company letterhead.
- Be dated.
- State the name and license number of the contractor renewing.
- State that that individual is employed full time with that company.
- State the individual's position within the company.
- State that the individual is ONLY using their license within that employment.
- Request exemption.
- Be signed by either the contractor's supervisor or HR person.

If you have any questions, please feel free to call or email our Chief Inspector, Anthony Woodard at 501-580-9641 or Anthony.Woodard@arkansas.gov

Let me know if you have questions. (Save my email address! It is fastest to reach me by email. I usually respond in one business day.)

Thank you!

**ARKANSAS DEPT OF LABOR AND LICENSING**

## HVACR SECTION

THIS IS TO CERTIFY



Jim Lancaster
8 Pine Breeze Cove
Little Rock, AR 72210

IS LICENSED AS

**HVACR**                           **0093910**
**CLASS A**   Lancaster Htg & A/C
Issued: **11/04/2021**   Expires: **11/30/2022**



I had to remove hazards
That exsisted before I
ever arrived. This was
Not posted in job discrp
By Tandy Hunjun?

← Rodney's Managenant
Skills?

Removed Hazard
That could have
resulted in grease
Fire Burning complex down
or Injured chefs, cooks?



8:53



R

Rodney Walters ›

Many times the reason for erratic operation is caused by a dirty or scaled machine. Before beginning your troubleshooting please make sure the machine has been thoroughly cleaned. Evaporators, water valve, float switch all need to be cleaned before proceeding into the trouble-shooting phase. For more detailed information on cleaning, see Tech Tip Vol. 186. Now that the machine and float switch are clean, we need to confirm component operation. Since the float switch actually sends the unit into harvest, it will be first on the list.

**Float Switch:** To check the float, remove it from the machine and check the continuity of the switch. Remove the float switch plug from the K5 connector on the board. With your ohmmeter on the plug wires and the float in the down position the

Read " many times " ? Above;  I did not get an opportunity to address situation before the recommended above scenario?  When machines have been neglected for long periods of time "troubleshooting, before the above  ? We are going about this in the opposite direction?



  iMessage 

       



**Rodney Walters** >

iMessage
Thu, 26 Jan at 9:28 AM



Chunks of mold in ice cubes

Bar ice o mastic machine

Ok thanks. Take care of it and get the machine as clean and sanitized as you can.

Thu, 26 Jan at 11:43 AM

iMessage





Attention, NLRB Little Rock Office  (Andrew Miragliotta)
700 West Capitol Avenue Suite 4429
Little Rock, Arkansas  72201

NLRB Charge 15-CA-315486
Basis of Charge: Protected Concerted Activities

See enclosed 2 page evaluation 10 minutes before I was discriminatory fired for no meaningful reason; specifically under "Cooperation and Teamwork" Jim takes meaningless conversation to personal, Jim needs improvement?"

Licensed HVACR personnel have a duty to disclose certain potential hazards. Redefining the HVACR role under some uncertain warped evaluation that attempts to silence me? Scenario: If I went to a customer home and ignored a carbon monoxide hazard, do you think they would want to be informed? Or should I just as "Chenal's Evaluation Process," put it, "not take meaningless conversation to personal?" If It was a prerequisite (HVACR license) to be hired as a HVACR expert, why would you not renew the license and want me to take meaningful conversation to personal?" Because the person doing the written evaluation had something to hide, failure to do his job! The hazards Rodney Walter's caused throughout the property confirm that. So to shut me up Rodney Walters last resort was to illegally fire me violation Public Policy Law that disputes at will employment.  Sincerely Jim Lancaster

## Re: 493-2023-01217 Charge for signature

From:  Jim Lancaster (lancasterheatandair@yahoo.com)

To:     katy.hunsperger@eeoc.gov

Date:  Sunday, March 26, 2023 at 05:42 PM CDT

Dear Katy Hunsperger,

I have another appointment, On Thursday March 30, 2023, to consult with an Attorney about this matter. The first appointment with him, I was instructed to go through your office then contact him after your decision. I have read your Determination. and Notice of Rights.     When you stated on the phone your agency's decision based on your agency's "comparators?"  Could you send me a written copy of these comparators? (Maintenance staff comparison's, protected group, mold analogy's, etc.).I wanted these written comparators decision to not investigate any further, request from your office, in case my Attorney would need to file the 30-day Appeal based on your comparator's decision. This time stamped e-mail is my attempt to preserve my 30 day right to appeal, should my attorney deem your comparators necessary.     Respectfully Submitted, Jim Lancaster

On Friday, March 17, 2023 at 07:51:28 AM CDT, KATY HUNSPERGER <katy.hunsperger@eeoc.gov> wrote:

Mr. Lancaster,
Per our phone conversation yesterday, I have attached your charge for signature as well as information you should know prior to filing your charge. Once you have signed and dated the charge you will need to fax, mail, or email the signed charge back to my office in order to stop your 180 day statute of limitations. If you have any question and can call me at the number below. Please respond to this email to confirm you have received it as well as two attachments.

v/r,
Katy Hunsperger, ISA
Equal Employment Opportunity Commission
820 Louisiana St., Suite 200
Little Rock, AR 72201
Phone: 501-900-6132
Fax:  501-324-5991

because of their race, color, religion, sex (including pregnancy and related conditions, sexual orientation, and gender identity), or national origin.

Under Title VII, it is unlawful to discriminate in any aspect of employment, including:

- Hiring and firing;
- Compensation, assignment, or classification of workers;
- Transfer, promotion, layoff, or recall;
- Job advertisements and recruitment;
- Testing;
- Use of employer facilities;
- Training and apprenticeship programs;
- Retirement plans, leave, and benefits; or
- Other terms and conditions of employment.

under Title VII, it is unlawful to discriminate in any aspect employment, including:

- Hiring and firing;
- Job advertisements and recruitment;
- other Terms and conditions of employment,

"Successful candidate must have HVAC or HVACR certification

When I started job I had HVACR certification, But when it was Time to renew the HVACR License company refused to Fill out Form provided By Health Dept. for yearly renewal?

False unlawful recruitment Requirement - (H.V.A.C.R. License)

All Chenal had to do was fill out Form Because I had Already Paid for renewal of H.V.A.C.R. License/certification

I believe Chenal Country club Knew I possessed the requisite Skill, education, experience, And Training for my position and that I was Able to perform the essential job functions.

what chenal advertised And Recruited for was not the Actual job functions I was Asked to perform?



8:24





‹ 56

**R**

Rodney Walters

Tue, 13 Dec at 7:27 AM

### Requirements

An affidavit must:

- Be on company letterhead.
- Be dated.
- State the name and license number of the contractor renewing.
- State that that individual is employed full time with that company.
- State the individual's position within the company.
- State that the individual is ONLY using their license within that employment.
- Request exemption.
- Be signed by either the contractor's supervisor or HR person.

**If you have any questions, please feel free to call or email our Chief Inspector, Anthony Woodard at 501-580-9641 or Anthony.Woodard@arkansas.gov**

Let me know if you have questions. (Save my email address! It is fastest to reach me by email. I usually respond in one business day.)



*Tandy Hunjan*
*Human Resources*



Direct: 501.821.7512
Fax: 501.821.7559
thunjan@chenalcc.com

*10 Chenal Club Boulevard - Little Rock, AR 72223 - 501.821.4141*




*Rodney Walters*
*Project Manager/Maintenance Director*



Direct: 501.821.7536
Fax: 501.821.7526
Cell: 501.681.4194
rwalters@chenalcc.com




*10 Chenal Club Boulevard - Little Rock, AR 72223 - 501.821.4141*







## Employee Evaluation Form

| I. EMPLOYEE INFORMATION | |
|---|---|
| Employee Name<br>JIM LANCASTER | Job Title MAINT. TECH |
| Supervisor/Reviewer<br>R WALTERS | Review Period<br>From:   11   / 1   / 22   To:  3   / 6   /23 |

### II. CORE VALUES AND OBJECTIVES

| PERFORMANCE CATEGORY | RATING | COMMENTS AND EXAMPLES |
|---|---|---|
| **Quality of Work:**<br>*Work is completed accurately (few or no errors), efficiently and within deadlines with minimal supervision* | ☐ Exceeds expectations<br>X☐ Meets expectations<br>☐ Needs improvement<br>☐ Unacceptable | Quality of work is good |
| **Attendance & Punctuality:**<br>*Reports for work on time, provides advance notice of need for absence* | ☐ Exceeds expectations<br>x☐ Meets expectations<br>☐ Needs improvement<br>☐ Unacceptable | Time and attendance meets expectations |
| **Reliability/Dependability:**<br>*Consistently performs at a high level; manages time and workload effectively to meet responsibilities* | ☐ Exceeds expectations<br>x☐ Meets expectations<br>☐ Needs improvement<br>☐ Unacceptable | Jims mechanical judgement is very good. |
| **Communication Skills:**<br>*Written and oral communications are clear, organized and effective; listens and comprehends well* | ☐ Exceeds expectations<br>x☐ Meets expectations<br>☐ Needs improvement<br>☐ Unacceptable | Communication meets expectations |
| **Judgment & Decision-Making:**<br>*Makes thoughtful, well-reasoned decisions; exercises good judgment, resourcefulness and creativity in problem-solving* | ☐ Exceeds expectations<br>x☐ Meets expectations<br>☐ Needs improvement<br>☐ Unacceptable | Judgement and decision making meets expectations |
| **Initiative & Flexibility:**<br>*Demonstrates initiative, often seeking out additional responsibility; identifies problems and solutions; thrives on new challenges and adjusts to unexpected changes* | ☐ Exceeds expectations<br>☐ Meets expectations<br>x☐ Needs improvement<br>☐ Unacceptable | Flexibility needs improvement. Seems once he gets solution he doesn't want to vere from his plan. |

RECEIVED MAR 1 0 2023 U.S. DIS... LRA...

| Cooperation & Teamwork: | ❑ Exceeds expectations. | Jim takes meaningless conversation to personal. |
|---|---|---|
| *Respectful of colleagues when working with others and makes valuable contributions to help the group achieve its goals* | ❑ Meets expectations<br>x❑ Needs improvement<br>❑ Unacceptable | |

## III. JOB-SPECIFIC PERFORMANCE CRITERIA

| PERFORMANCE CATEGORY | RATING | COMMENTS AND EXAMPLES |
|---|---|---|
| **Knowledge of Position:**<br>*Possesses required skills, knowledge, and abilities to competently perform the job* | x❑ Exceeds expectations<br>❑ Meets expectations<br>❑ Needs improvement<br>❑ Unacceptable | Jim is very qualified to do his job here and knowledge of the work is top notch. |
| **Training & Development:**<br>*Continually seeks ways to strengthen performance and regularly monitors new developments in field of work* | ❑ Exceeds expectations<br>x❑ Meets expectations<br>❑ Needs improvement<br>❑ Unacceptable | Relatively a new employee and is learning our system on a normal pace. |

## IV. PERFORMANCE GOALS

Set objectives and outline steps to improve in problem areas or further employee development. I will meet with Jim on a regular basis to talk about certain circumstances.

## V. OVERALL RATING

| ❑ EXCEEDS EXPECTATIONS | ❑ MEETS EXPECTATIONS | ❑ NEEDS IMPROVEMENT | ❑ UNACCEPTABLE |
|---|---|---|---|
| *Employee consistently performs at a high level that exceeds expectations* | *Employee satisfies all essential job requirements; may exceed expectations periodically; demonstrates likelihood of eventually exceeding expectations* | *Employee consistently performs below required standards/expectations for the position; training or other action is necessary to correct performance* | *Employee is unable or unwilling to perform required duties according to company standards; immediate improvement must be demonstrated* |

Comment on the employee's overall performance.

Jim performance meets expectations and I think he will continue to grow into our system. I recommend Jim for a 50 cent increase at this time.

## VII. ACKNOWLEDGEMENT

I acknowledge that I have had the opportunity to discuss this performance evaluation with my manager/ supervisor and I have received a copy of this evaluation.

Employee Signature:                                                    Date: